April 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES ERIC DEVENPORT, Appellant

NO. 14-16-00134-CR            V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 12, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Charles Eric Devenport.

We further order this decision certified below for observance.